IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RAE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No.  08-676-HU |
| v. | ) | |
| | ) | O R D E R |
| PACIFIC SAW AND KNIFE CO., dba | ) | |
| PACIFIC HOE/SAW AND KNIFE CO., | ) | |
| an Oregon corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Anthony E. McNamer
    McNamer and Co.
    519 S. W. Third Avenue, Suite 601
    Portland, Oregon  97204

        Attorney for Plaintiff

    Craig A. Crispin
    Crispin Employment Lawyers
    9600 S. W. Oak Street, Suite 500
    Portland, Oregon  97223

        Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 28, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#10).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss the Third, Fourth, and Fifth Claims for Relief (#5) is granted.

DATED this    16th    day of September, 2008.

    /s/ Garr M. King
    GARR M. KING
    United States District Judge