FILED
APR - 6 2009

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RAE DAVIS, an individual, | ) |
| Plaintiff, | ) Civil Case No. 08-676-HU |
| vs. | ) ORDER |
| PACIFIC SAW AND KNIFE COMPANY, dba PACIFIC/HOE SAW AND KNIFE COMPANY, an Oregon corporation, | ) |
| Defendant. | ) |

Anthony McNamer
Deborah Gumm
McNamer and Compay, P.C.
920 S. W. Third Avenue, Suite 200
Portland, Oregon 97204-2534

    Attorneys for Plaintiff

Page 1 - ORDER

Craig A. Crispin
Shelley D. Russell
Crispin Employment Lawyers
500 Plaza West
9600 S. W. Oak Street
Portland, Oregon 97223

       Attorneys for Defendant

KING, Judge:

The Honorable Denis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 12, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Plaintiff has filed objections, and defendant has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Hubel's Findings and Recommendation (#18). Defendant's summary judgment is GRANTED. The case is DISMISSED with prejudice.

Dated this _____ day of April, 2009.

                                              _____
                                              Garr M. King
                                              United States District Judge

Page 2 - ORDER